BRANDON S. JOHNSTON (SBN 241250)
**COGGINS JOHNSTON, LLP**
2281 Lava Ridge Court, Suite 320
Roseville, CA 95661
Telephone: (916) 797-1397
Facsimile: (916) 780-5262
Email: bjohnston@cjmlawyers.com

Attorneys for Debtor(s)
JAMES ANDREW JACOBS

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

–o0o–

| | |
|---|---|
| IN RE: | Case No.: 11-43558-C-7 |
| | Chapter 07 |
| JAMES ANDREW JACOBS, | DCN: BSJ-001 |
| | |
| Debtor(s). | Judge: Honorable Christopher M. Klein |
| | Date: November 8, 2011 |
| Soc. Sec. No.: XXX-XX-7193 | Time: 9:30 A.M. |
| | Place: 501 "I" Street, 6th Floor |
| | Department C – Courtroom 35 |
| | |
| | **MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE** |
| | **11 USC 554** |

Debtor moves the Court as follows:

1. Debtor scheduled certain property in this case listed on Schedule B which is titled Assets of Daily Dose Massage Therapy. A full description of the assets of Daily Dose Massage Therapy are as follows:

    a. Clock

    b. Fire Extinguisher

    c. Small Fridge

    d. Small Mirror

FILED
October 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003835394

1

e. Paper Towel Dispenser
f. Stereo
g. Small Microwave
h. 2 Shelves
i. Trash Can
j. Coat Rack
k. Cleaning Mops
l. Cabinet
m. 2 Fake Plants
n. Glass Vase
o. Basket
p. 3 Pictures
q. Tapestry
r. Table Lamp
s. Table Runner
t. Sconce
u. 2 Frames
v. Toilet Paper Holder
w. Trash Can
x. Glass Décor
y. 2 Glass Shelves
z. Oval Mirror
aa. Corner Shelf
bb. Sofa
cc. 2 Chairs
dd. Table
ee. Long Table
ff. Floor Lamp

gg. Table Lamp

hh. Statue

ii. Wall Fountain

jj. 2 Floor Fake Plants

kk. Large Mirror

ll. Painting

mm. Trash Can

nn. Massage Table

oo. Stereo

pp. 2 Fountains

qq. Large Cabinet

rr. Table Runner

ss. Table Lamp

tt. 3 Glass Shelves

uu. 2 Candle Holders

vv. Mirror

ww. "Daily Dose Massage Therapy" name

Schedule B is provided as Exhibit A.

2. At the time of filing of this bankruptcy case, the Personal Property had a value of $1,011.00.

3. The products listed above were grouped into the category "Assets of Daily Dose Massage Therapy" on Schedule B.

4. The name "Daily Dose Massage Therapy" was listed as "Daily Dose Massage Therapy" on Schedule B and valued at $0.00 because the assets are all listed as "Assets of Daily Dose Massage Therapy".

5. On Schedule C, Debtors exempted certain assets that they owned or possessed on the date of filing, including all assets described above. Schedule C is provided as Exhibit B.

6. The petition and schedules filed by debtors clearly shows that the Personal Property described above are of inconsequential value and benefit to the estate in that the property has been properly exempted on Schedule C. Thus, allowing the property to remain in the estate would be of no benefit to the Trustee since no proceeds could be assumed from the property.

7. Debtors request at this time to Compel Abandonment of the above mentioned property from the Trustee and have the property revert back to the possession of the debtors.

**WHEREFORE,** Debtors Pray:

1. For an order compelling the Chapter 7 Trustee to abandon said property from the bankruptcy estate.

2. For other relief the Court deems just and proper.

DATED: October 14, 2011

                                          **COGGINS JOHNSTON, LLP**

                                          /s/ Brandon S. Johnston

                                          BRANDON S. JOHNSTON
                                          Attorneys for Debtor(s)
                                          JAMES ANDREW JACOBS